IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Donald Johnson, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br>v.<br><br>National Credit Acceptance, Inc., et al,<br><br>Defendant(s).<br>_____/ | NO. C 05-00274 JW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the parties' stipulation, the Court hereby vacates the presently scheduled case management conference for June 6, 2005. The new case management conference is set for **July 25, 2005 at 10 a.m.** Pursuant to the Local Rules, the parties shall file a joint case management conference on later than July 15, 2005.

Dated: May 31, 2005

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Lewis Bromberg brian@brianbromberg.com
Lance A. Raphael lar@caclawyers.com
Ronald Wilcox ronaldwilcox@post.harvard.edu

**Dated: May 31, 2005**                                            **Richard W. Wieking, Clerk**

                                                                   **By:   /s/ JW Chambers**
                                                                        **Ronald L. Davis**
                                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California