1  RONALD WILCOX, Bar No. 176601
2  2160 The Alameda, First Floor, Suite F
   San Jose, CA 95126
3  Tel: 408-296-0400
   Fax: 408-296-0486

4  Lance Raphael
5  Stacy Bardo
   Allison Krumborn
6  The Consumer Advocacy Center, P.C.
   180 West Washington, Suite 700
7  Chicago, IL 60602
   Tel: 312-782-5808
8  Fax: 312-377-9930

9  Brian L. Bromberg
10 Brian L. Bromberg, P.C.
   40 Exchange Place, Suite 2010
11 New York, NY 10005
   Tel: 212-248-7906
12 Fax: 212-248-7908

13 Attorney for Plaintiff

14

15                 **U.S. DISTRICT COURT**
           **NORTHERN DISTRICT OF CALIFORNIA**
16                 **SAN JOSE DIVISION**

17

18 DONALD JOHNSON, on behalf of        )
   himself and all others similarly situated,)  Case No. C05-00274 JW
19                                      )
                                        )  STIPULATION AND [PROPOSED]
20            Plaintiff.                )  ORDER CONTINUING THE CASE
                                        )  MANAGEMENT CONFERENCE
21 NATIONAL CREDIT ACCEPTANCE,)
22 INC., and NCA FINANCIAL             )  Current CMC Date;
   SERVICES, INC., and S. RITTER        )  Date: July 25, 2005
23                                      )  Time: 10:30 a.m.
                                        )  Location: Courtroom 4
24            Defendants.               )
                                        )
25 _____)

                                - 1

1    The parties request a continuance for one month. Defendants National Credit

2    Acceptance, Inc. and NCA Financial Inc. have signed a class settlement agreement. The parties

3    intend to file the appropriate motions with the court within 4 weeks.

4        THEREFORE, Plaintiff DONALD JOHNSON and Defendants NATIONAL CREDIT

5    ACCEPTANCE INC., NCA FINANCIAL SERVICES, INC., and S. Ritter through their

6    respective counsel of record in this matter, pursuant to Civil. L.R. 6-1 and 6-2, hereby stipulate

7    to, and request the court continue the Case Management Conference hearing currently set for

8    July 25, 2005, for one month.

9

10   Dated: July 15, 2005                    By _____

11                                              Stacy Bardo
                                                Ronald Wilcox
12                                              Lance Raphael
                                                Brian Bromberg
13                                              Attorneys for Plaintiff

14

15   Dated: July 15, 2005                    By _____
                                                Andre J. LeLievre
16                                              Attorney for Defendant's

17

18

19   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20

21   The Case Management Conference set for July 25, 2005 shall be continued to September 19, 2005 at 10:00 a.m.
     A joint statement shall be filed no later than September 6, 2005.

22   Dated: July 20, 2005                    /s/ James Ware

23                                           HONORABLE JAMES WARE

24

25

                                    -2-