IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Donald Johnson, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Credit Acceptance, Inc., et al.,<br><br>Defendants._____/ | NO. C 05-00274 JW<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

In light of the ongoing progress towards settlement discussed at the case management conference this morning, the Court schedules a further case management conference for November 28, 2005 at 10:00 a.m. Pursuant to Local Rule 16-9, the parties shall meet and confer and file a joint case management statement by November 18, 2005.

Dated: September 19, 2005                                             /s/ James Ware

05eciv0274addcmc                                                            JAMES WARE

United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Lewis Bromberg brian@brianbromberg.com

Lance A. Raphael lar@caclawyers.com

Maureen Ann Harrington mharrington@mghhsf.com

Ronald Wilcox ronaldwilcox@post.harvard.edu

**Dated: September 19, 2005**               **Richard W. Wieking, Clerk**

                                                                **By:___/s/ JW Chambers_____**
                                                                       **Ronald L. Davis**
                                                                       **Courtroom Deputy**