United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Donald Johnson, | NO. C 05-00274 JW |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| National Credit Acceptance, Inc., et al., | |
| Defendants. | |

The case management conference in this case currently scheduled for November 28, 2005 is continued to January 23, 2006 at 10:00 a.m. The parties shall file a further joint case management statement in accordance with the Local Rules on or before January 13, 2006.

Dated: November 23, 2005     /s/ James Ware
05eciv274ctdcmc                JAMES WARE
                               United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Lewis Bromberg brian@brianbromberg.com
Lance A. Raphael lar@caclawyers.com
Maureen Ann Harrington mharrington@mghhsf.com
Ronald Wilcox ronaldwilcox@post.harvard.edu

Stacy Michelle Bardo
The Consumer Advocacy Center, P.C.
180 W. Washington St.
Suite 700
Chicago, IL 60602

**Dated: November 23, 2005**                    **Richard W. Wieking, Clerk**

                                                 **By:__/s/ JW Chambers_____**
                                                 **Ronald L. Davis**
                                                 **Courtroom Deputy**