**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Donald Johnson, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br>    v.<br><br>National Credit Acceptance, Inc., et al.,<br><br>        Defendants.<br>                                                                    / | NO. C 05-00274 JW<br><br>**ORDER VACATING HEARING ON OSC RE: SETTLEMENT** |

   In light of Plaintiffs' representation that class settlement notices have already been sent to the class members, and that a hearing has been set for a Final Approval of Class Settlement, the Court vacates the Order to Show Cause Re: Settlement hearing presently scheduled for May 29, 2006.

Dated: May 16, 2006

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Lewis Bromberg brian@bromberglawoffice.com
Lance A. Raphael lar@caclawyers.com
Maureen Ann Harrington mharrington@mghhsf.com
Ronald Wilcox ronaldwilcox@post.harvard.edu

**Dated:  May 16, 2006**                                      **Richard W. Wieking, Clerk**

                                                              **By:  /s/ JW Chambers**
                                                                    **Melissa Peralta**
                                                                    **Courtroom Deputy**